# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MATTAMY TAMPA/SARASOTA LLC, GLEN E. SOPER and DEBORAH L. SOPER, individually, JOH F. BLANTON and ROBIN D. BLANTON, as TRUSTEES of THE JOHN F. AND ROBIN D. BLANTON TRUST, and UNIQUE DEALS, LLC,

Appellants,

v.

HILLSBOROUGH COUNTY, FLORIDA,

Appellee.

No. 2D2023-0946

_____

April 26, 2024

Appeal from the Circuit Court for Hillsborough County; Jennifer Gabbard, Judge.

Scott A. McLaren; Marie A. Borland; and Shane T. Costello of Hill, Ward & Henderson, P.A., Tampa, for Appellants.

Mary Dorman; Ernesto Mayor; Stephen M. Todd; and Linda Shaljani of Office of the County Attorney, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.